# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HOLLINGSWORTH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RANDSTAD US, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-00764-KES-SAB<br><br>ORDER RE: STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION<br><br>(ECF No. 10) |

　　　　On September 24, 2024, Plaintiff Edward Hollingsworth and Defendants Randstad US, LLC and International Paper Company filed a stipulation to stay this action while they participate in arbitration. (ECF No. 10.)

　　　　Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

　　　　1.　　This action is stayed during the arbitration of this matter;

　　　　2.　　The Dispute is ordered to binding arbitration pursuant to the terms of the Arbitration Agreement;

　　　　3.　　All pending matters and dates in this action are VACATED;

　　　　4.　　The parties shall file a joint notice informing the court of the status of arbitration every **ninety (90) days**;

　　　　5.　　Within **fourteen (14) days** of the completion of arbitration, the parties shall file a notice informing the Court that arbitration has been completed; and

1

6. The Court shall retain jurisdiction over this judicial action to confirm, correct, vacate or enforce any arbitration award in accordance with Code Civ. Proc. Sections 1285 through 1287.6 and the Federal Arbitration Act (9 U.S.C. §§ 9, 10, 11).

IT IS SO ORDERED.

Dated: __September 25, 2024__

UNITED STATES MAGISTRATE JUDGE

2